

# Notice of Service of Process

null / ALL
Transmittal Number: 19764846
Date Processed: 05/07/2019

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 |
| **Entity:** | Liberty Mutual Insurance Company<br>Entity ID Number  1765547 |
| **Entity Served:** | Liberty Mutual Insurance Company |
| **Title of Action:** | Jerry Jones vs. Liberty Mutual Insurance Company |
| **Document(s) Type:** | Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Harris County District Court, TX |
| **Case/Reference No:** | 201924752 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 05/06/2019 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Brock White<br>713-965-0658 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT
A

# MELLOTT LAW, P.C.
## ATTORNEYS AT LAW

---

FROM THE DESK OF
ANGIE ZEPEDA, PARALEGAL
mellottlawparalegal@gmail.com

405 MAIN STREET, SUITE 602
HOUSTON, TEXAS 77002
TEL. 713-225-0240
FAX 866-788-0160

May 2, 2019

Certified Mail Return Receipt Requested: 7018 1130 0000 8758 7239

Corporation Service Company
DBA, CSC-Lawyers Incorporating Company
2111 East 7th Street, Suite 620
Austin, Texas 78701-3218

Re:   JERRY JONES VS. COUNTY MUTUAL INSURANCE COMPANY; CASE NO. 201924752; IN THE 129TH DISTRICT COURT; HARRIS COUNTY, TEXAS

To Whom It May Concern:

Enclosed please find, in the above-referenced cause of action, a copy of the Original Petition, which was filed on April 5, 2019.

Should you have any questions, please do not hesitate to call this office.

Respectfully,

Brock White

*[signature: Brock White]*

Case 4:19-cv-02000 Document 1-1 Filed on 06/04/19 in TXSD Page 3 of 6

4/5/2019 5:27 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 32564316
By: Carolina Salgado
Filed: 4/5/2019 5:27 PM

CAUSE NO. _____

| | | |
|---|---|---|
| JERRY JONES | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

NOW COMES Plaintiff JERRY JONES, complaining of Defendant LIBERTY MUTUAL INSURANCE COMPANY, and for cause of action would show the Court the following:

### DISCOVERY CONTROL PLAN

1. As provided in Rule 190, Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under Level 2.

### PLAINTIFF

2. This Petition is filed by JERRY JONES, Plaintiff, an individual whose address is 8127 GLEN CLIFFE LANE, HOUSTON, TEXAS 77070. The last three digits of Plaintiff's driver's license number are 487. The last three digits of Plaintiff's Social Security number are 385.

### DEFENDANT

3. Defendant, LIBERTY MUTUAL INSURANCE COMPANY, is an individual who may be served with process at Defendant's residence by certified mail return receipt requested addressed to Corporation Service Company, DBA CSC-Lawyers Incorporating Company at 2111 East 7th Street, Suite 620, Austin, Texas 78701-3218.

### VENUE

4. Venue is proper in this county in that the events giving rise to this cause of action occurred within HARRIS County.

### JURISDICTION

5. The damages sought in this suit are within the jurisdictional limits of the Court. As required by Rule 47, Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks only

monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

6. The facts of this action and the relief sought are subject to the application of Chapter 17 of the Texas Business and Commerce Code, and Defendant is not exempted from this action by Section 17.49 of that code.

## NOTICE OF CLAIM

7. Plaintiff's attorney was unable to deliver written notice of this Petition to LIBERTY MUTUAL INSURANCE COMPANY Insurance Company due to the fact that attorney was retained a day prior to the expiration of statute of limitations.

## FACTS

8. On April 6, 2017 Plaintiff's house burned down due to an electrical shortage. He filed a claim with LIBERTY MUTUAL INSURANCE COMPANY. His policy number is H37-298-069531-407, the agent was Karen Sable, whose license was suspended and was fired from LIBERTY MUTUAL INSURANCE COMPANY for underwriting the value of Plaintiff's home by $100,000.00 to $150,000.00. Due to the house being underinsured by LIBERTY MUTUAL INSURANCE COMPANY employee Plaintiff was and is unable to rebuild his home.

## CAUSE OF ACTION

9. Defendant's conduct constituted violations under the Texas Deceptive Trade Practices Consumer Protection Act (Texas Business and Commerce Code, Chapter 17.41, et seq.)("the Act"). Defendant is liable to Plaintiff under Sec 17.50, Texas Business and Commerce code because Defendant's conduct constituted a producing cause of economic damages and damages for mental anguish sustained by Plaintiff through the following means:

10. Defendant used or employed false, misleading, or deceptive acts or practices that are specifically enumerated in Section 17.46(b) of the Act and that were relied on by Plaintiff to Plaintiff's detriment. Defendant's conduct violated the following specifically enumerated acts or practices listed in that section, all in violation of Section 17.50(a)(2) of the Act.

## DAMAGES

11. The above actions of Defendant constituted a producing cause of the economic damages and damages for mental anguish of Plaintiff.

12. Plaintiff seeks economic damages suffered due to the actions of Defendant.

13. Defendant's actions were committed knowingly, therefore, Plaintiff seeks damages for mental anguish and three times the economic damages suffered due to the actions of Defendant.

## INTEREST, ATTORNEY'S FEES AND COSTS

14. As authorized in Section 17.50(d), Texas Business and Commerce Code and Section 38.001, Texas Civil Practice and Remedies Code, Plaintiff seeks reasonable attorneys fees and costs of court.

15. Plaintiff seeks prejudgment and post-judgment interest on all damage awards.

## REQUEST FOR DISCLOSURE

16. As provided in Rule 194, Texas Rules of Civil Procedure, Plaintiff requests disclosure of all items listed in Rule 194.2, Texas Rules of Civil Procedure.

## PRAYER

Plaintiff prays that citation be issued commanding Defendant to appear and answer herein and that Plaintiff be awarded judgment against Defendant for actual damages, pre-judgment interest, post-judgment interest, costs of Court and for all other relief to which Plaintiff is entitled both in equity and at law.

Respectfully submitted,
MELLOTT LAW, P.C.

_Brock White a/z_
BROCK WHITE
BRENDON RIOS
Attorney for Plaintiff
Texas Bar Number: 24110281
405 Main Street, Suite 602
713-965-0658 Tel.
713-224-3111 Fax
brendon@dwanetoddlawfirm.com
mellottlaw@gmail.com

Millett Lau,
405 Main Street, #60?
Austin, Tx 77002

CERTIFIED MAIL

7018 1130 0000 8758 7239

MAY - 2 2019

U.S. POSTAGE PAID
HOUSTON, TX
77010
MAY 02 19
AMOUNT
$6.85
R2307M152831-05

78701

Capnatin Service Company
DBA, CSC - Lawyers Incorporating
2111 East 7th Street #620
Austin, Texas 78701-3218

78701$3218 C015